United States District Court
Southern District of Texas
FILED

OCT 2 6 2005

Michael N Milby Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-05-831 |
| § | |
| HORTENSIA SANCHEZ-RODRIGUEZ § | |
| EMILIO ANGUIANO-SANTOYO § | |

## ORDER RELEASING MATERIAL WITNESS

Came on to be considered the "Government's Motion to Release the Material Witness" in the above styled case and it is the opinion of this Court that said motion should be GRANTED. It is therefore,

ORDERED that the following material witness be released: Norma Zavala. It is further

ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal.

Signed at McAllen, Texas this the 26th day of October, 2005.

RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE